**Leroy E. CHISM, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 78485**

Missouri Court of Appeals,
Western District.

ORDER FILED: NOVEMBER 15, 2016

S. Kate Webber, Kansas City, MO, Counsel for Appellant

Collete E. Neuner, Jefferson City, MO, Counsel for Respondent

Before Division Two Lisa White Hardwick, Presiding Judge, Karen King Mitchell, Judge, Anthony Rex Gabbert, Judge

### ORDER

Per Curiam:

LeRoy Chism appeals from a judgment denying his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Chism pled guilty to one count of voluntary manslaughter and was sentenced as a prior and persistent offender to eighteen years imprisonment. We affirm. Rule 84.16(b).